# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

**SEP 2 6 2018**

JULIA C. DUDLEY, CLERK
BY:
DEPUTY CLERK

AMY J., )
)
    Plaintiff, )
)
              ) Civil Action No. 7:17cv00116
v. )
)
NANCY A. BERRYHILL, ) By: Michael F. Urbanski
Commissioner of Social Security, ) Chief United States District Judge
)
    Defendant. )

## ORDER

For the reasons set forth in the accompanying Memorandum Opinion this date, it is

hereby **ORDERED** that the magistrate judge's report and recommendation (ECF No. 26) is

**ADOPTED in its entirety**, the Commissioner's motion for summary judgment (ECF No.

20) is **GRANTED**, the Commissioner's decision is **AFFIRMED**, and this matter is

**DISMISSED** and **STRICKEN** from the active docket of the court.

The Clerk is directed to send a copy of this order and the accompanying

Memorandum Opinion to counsel of record and to the pro se plaintiff.

Entered: 09/26/2018

/s/ Michael F. Urbanski

        Michael F. Urbanski
        Chief United States District Judge